# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN CHARLES BRUTON

NO. 2020 KW 0105

APR 2 4 2020

---

In Re:   Kevin Charles Bruton, applying for supervisory writs, 23rd Judicial District Court, Ascension Parish Court, No. 563856

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**   The attached investigative report shows the officer had probable cause to believe that relator violated several traffic laws prior to conducting the traffic stop. As a general matter, the decision to stop an automobile is reasonable where the police have probable cause to believe that a traffic violation has occurred. La. Code Crim. P. art. 213(A)(1); **Whren v. United States**, 517 U.S. 806, 810, 116 S.Ct. 1769, 1772, 135 L.Ed.2d 89 (1996). See also **State v. Lee**, 2018-0887 (La. 10/29/18), 255 So.3d 590 (*per curiam*).

                                        TMH
                                        AHP
                                        WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT